IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sarah May Browning,               :

     Plaintiff,                   :

     v.                           :        Case No. 2:09-cv-1014

Michael J. Astrue,                :        JUDGE MARBLEY
Commissioner of Social Security,
                             :
     Defendant.

ORDER

    This case is before the Court to consider a Report and
Recommendation issued by the Magistrate Judge on February 10,
2010.  The time for filing objections has passed, and no
objections have been filed to the Report and Recommendation.
Therefore, the Court ADOPTS the Report and Recommendation.  The
motion to dismiss (#8) is GRANTED and this case is DISMISSED
WITHOUT PREJUDICE for lack of subject-matter jurisdiction.


                                          _s/Algenon L. Marbley_____
                                          Algenon L. Marbley
                                          United States District Judge