# *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

Sarah May Browning, :

    Plaintiff, :

  v. :    Case No. 2:09-cv-1014

Michael J. Astrue, :    JUDGE MARBLEY
Commissioner of Social Security,
                                          :

    Defendant.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 1, 2010 Order, the Court ADOPTS the Report and Recommendation, GRANTS the Motion to Dismiss. This case is dismissed without prejudice for lack of subject-matter jurisdiction.

Date: **March 1, 2010**         **James Bonini, Clerk**

                                                s/Betty L. Clark
                                        Betty L. Clark/Deputy Clerk